UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MAJED KHALIL,                                                  )
                                                                          )
                Plaintiff,                       )   Case No. 21-cv-10248-LLS
                                                                          )
    v.                                                                )
                                                                          )
FOX CORPORATION, FOX NEWS                      )   NOTICE OF MOTION
NETWORK, LLC, LOU DOBBS and                    )
SIDNEY POWELL,                                              )
                                                                          )
                Defendants.                   )
-------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the accompanying Declaration of Sidney Powell, dated January 13, 2022, and Memorandum of Law, defendant Sidney Powell will move this Court before the Honorable Louis L. Stanton, at the Courthouse on 500 Pearl Street, Room 21C, New York, New York, 10007, for an order dismissing the Complaint under Federal Rule of Civil Procedure 12(b)(2) because this Court lacks of personal jurisdiction over Ms. Powell, and in the alternative, under Federal Rule of Civil Procedure 12(b)(6), because the Complaint fails to state a claim upon which relief can be granted.

Dated:  New York, New York
         January 17, 2022                      */s/ Howard Kleinhendler*
                                              Howard Kleinhendler (HK5712)
                                              HOWARD KLEINHENDLER ESQUIRE
                                              369 Lexington Avenue, 12th Floor
                                              New York, New York 10017
                                              (917) 793-1188
                                              howard@kleinhendler.com