UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MAJED KHALIL,                              )
                                           )
             Plaintiff,            )    Case No. 21-cv-10248-LLS
                                           )
   v.                                      )
                                           )
FOX CORPORATION, FOX NEWS                  )    DECLARATION OF
NETWORK, LLC, LOU DOBBS and                )    SIDNEY POWELL
SIDNEY POWELL,                             )
                                           )
             Defendants.           )
-------------------------------------------------------x

SIDNEY POWELL hereby states:

1. My name is Sidney Powell. I am over the age of 18 and have personal knowledge of the matters set forth in this declaration. I submit this declaration in support of the motion to dismiss the complaint in the above-captioned matter for lack of personal jurisdiction.

2. I am a resident of Dallas, Texas. I have resided there since 1978 with the exception of a brief period of residency in North Carolina. I own a home in Dallas, have a Texas driver's license and am registered to vote in Texas.

3. I do not reside in New York, nor do I own real property in the state of New York.

4. I do not conduct any business in the state of New York, and, specifically, I have not conducted any business in the state of New York in 2020 or 2021.

5. I am the sole owner of my professional corporation, Sidney Powell, P.C. Sidney Powell, P.C. is a registered Texas professional corporation engaged in the practice of law. The principal place of business of Sidney Powell, P.C. is in Dallas, Texas.

6. I am a member of the Texas State Bar. I am not a member of any other State Bar.

I declare, under the penalty of perjury, that the foregoing is correct.

Dated: January 13, 2022

_____
Sidney Powell