# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Robert W. Allen, P.C.
To Call Writer Directly:
+1 212 390 4060
bob.allen@kirkland.com

601 Lexington Avenue,
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

April 19, 2022

**VIA ECF**

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street, Room 21C
New York, NY 10007

Re:   *Khalil v. Fox Corporation*, No. 1:21-cv-10248-LLS

Dear Judge Stanton:

      We represent Defendants Fox Corporation, Fox News Network LLC, and Lou Dobbs in the above-captioned matter. Pursuant to Rule 2(E) of Your Honor's Individual Practices, Fox Corporation, Fox News Network LLC, and Lou Dobbs respectfully request oral argument on their Motion to Dismiss the Complaint filed on January 31, 2022 (ECF Nos. 25 & 26) on a date and at a time designated by the Court.

Respectfully submitted,

*/s/ Robert W. Allen*
Robert W. Allen, P.C.

*Counsel for Fox Corporation, Fox News Network LLC, and Lou Dobbs*

CC: All Counsel of Record via ECF