# brownrudnick

SIGMUND S. WISSNER-GROSS
direct dial: 212.209.4930
fax: 212.938.2804
swissnergross@brownrudnick.com

June 24, 2022

**VIA ECF**

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street, Room 21C
New York, NY  10007

**RE:**  *Majed Khalil v. Fox Corporation, et al.*, **Case No. 1:21-cv-10248-LLS**

Dear Judge Stanton:

We represent Plaintiff Majed Khalil in the above-referenced action. On June 21, 2022, the Delaware Superior Court, in the related action, *U.S. Dominion, Inc. v. Fox Corporation, et al.*, N21C-11-082, denied Fox Corporation's motion to dismiss.  A copy of the Delaware Superior Court ruling is annexed hereto as Exhibit A.  Plaintiff respectfully submits that the Delaware Superior Court ruling provides further support for denial of Fox Corporation's motion to dismiss Plaintiff's claims against Fox Corporation.

Respectfully submitted,

Sigmund S. Wissner-Gross

Encl.

cc: All Counsel (via ECF)