HOWARD KLEINHENDLER ESQUIRE<br>
369 LEXINGTON AVENUE, 12TH FLOOR<br>
NEW YORK, NEW YORK 10017<br>
(917) 793-1188<br>
howard@kleinhendler.com<br>
www.kleinhendler.com

July 14, 2022

By ECF
Hon. Louis L. Stanton, USDJ
United States Courthouse
500 Pearl Street, Room 21C
New York, New York 10007

       Re:   *Khalil v. Fox Corp., et al.*
               21-cv-10248-LLS

Dear Judge Stanton:

      Pursuant to Individual Rule 2(A), I submit this pre-motion letter in advance of my filing of a motion, pursuant to Local Rule 1.4, to withdraw as counsel for defendant Sidney Powell in the above-captioned matter. The basis for the withdrawal is set forth in the attached declaration.

      I have served a copy of this letter and supporting declaration on Ms. Powell by e-mail; and by first-class mail, postage prepaid, to her address at 2911 Turtle Creek Blvd., Ste 300, Dallas, Texas 75219.

                                  Respectfully yours,

                                  */s/ Howard Kleinhendler*

                                  Howard Kleinhendler

Enclosure
cc:  All Counsel of Record (via ECF)
     Sidney Powell