UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAJED KHALIL, <br><br> Plaintiff, <br><br> V. <br><br> FOX CORPORATION, FOX NEWS NETWORK LLC. LOU DOBBS, and SIDNEY POWELL, <br><br> Defendants. | Case No. 21-cv-10248-LLS |

## DECLARATION OF HOWARD KLEINHENDLER

HOWARD KLEINHENDLER, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am counsel of record for defendant Sidney Powell in the above-captioned matter. I submit this declaration in support of my motion, per Local Rule 1.4, to withdraw as counsel for defendant Powell.

2. On December 2, 2021, this case was removed to this Court from the Supreme Court of New York, New York County. [ECF 1].

3. On December 9, 2021, I filed a notice of appearance on behalf of defendant Sidney Powell. [ECF 4].

4. On February 7, 2022, I filed a Motion Dismiss the Complaint For Lack of Jurisdiction over Ms. Powell, with supporting declaration and memorandum of law. [ECF 28, 29, 30].

5. On March 18, 2022, Plaintiff filed his opposition to Ms. Powell's motion. [ECF 43, 44].

6. On April 19, 2022, Attorney Michael J. Tricarico of Kennedys CMK LLP , filed a notice of appearance as counsel for Ms. Powell. [ECF 46].

7. On April 19 and April 20, 2022, Mr. Tricarico filed Ms. Powell's reply papers in further support of her motion to dismiss. [ECF 50, 51].

8. On April 27, 2022, Mr. Tricarico filed a motion on behalf of his partner, Marc Casarino, to appear *pro hac vice* as counsel for Ms. Powell. [ECF 52]. The Court granted the application on May 9, 2022. [ECF 54].

9. In light of the appearances of Messrs. Tricarico and Casarino for Ms. Powell, my services are no longer required by Ms. Powell.

10. I am not asserting a retaining or charging lien.

11. This case is in its early posture with pre-answer motions pending for disposition, and Ms. Powell is represented by other counsel of record. Accordingly, I submit that no prejudice or disruption to any party will result from my withdrawal from this case.

12. Accordingly, I respectfully request that the Court grant my motion to withdraw as counsel for Ms. Powell.

I declare, under the penalty of perjury, that the forgoing is correct.

Dated:  New York, New York
        July 14, 2022

_____
Howard Kleinhendler