UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAJED KHALIL, <br><br> Plaintiff, <br><br> v. <br><br> FOX CORPORATION, FOX NEWS NETWORK, LLC, LOU DOBBS, and SIDNEY POWELL, <br><br> Defendants. | ) Case No. 21-cv-10248-LLS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **STIPULATION AND** <br> ) **[PROPOSED] ORDER** <br> ) <br> ) <br> ) |

WHEREAS, on September 26, 2022, the Court denied Defendants Fox Corporation, Fox News Network, LLC, and Lou Dobbs's (collectively, the "Fox Defendants") motion to dismiss;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(4), the Fox Defendants' answers are currently due on October 10, 2022; and

WHEREAS, the parties have agreed on a 21-day extension for the Fox Defendants to file their answers to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the Fox Defendants' deadline to answer the Complaint is extended from October 10, 2022 to October 31, 2022.

Dated:  New York, New York
        September 29, 2022

| | |
|---|---|
| /s/ *Sigmund S. Wissner-Gross* | /s/ *Robert W. Allen, P.C.* |
| Sigmund S. Wissner-Gross | Robert W. Allen, P.C. |
| BROWN RUDNICK LLP | KIRKLAND & ELLIS LLP |
| Seven Times Square | 601 Lexington Ave. |
| New York, NY 10036 | New York, NY 10022 |
| (212) 209-4930 | (212) 446-4800 |
| swissnergross@brownrudnick.com | bob.allen@kirkland.com |
| *Attorney for Plaintiff* | *Attorney for the Fox Defendants* |

3

SO ORDERED:

_____
Hon. Louis L. Stanton, U.S. District Judge