ORIGINAL

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Robert W. Allen, P.C.
To Call Writer Directly:
+1 212 390 4060
bob.allen@kirkland.com

Facsimile:
+1 212 446 4900

**MEMO ENDORSED**

November 9, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/22
```

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Khalil v. Fox Corporation, et al.*, No. 1:21-cv-10248 (S.D.N.Y.)

Dear Judge Stanton:

The parties in the above-captioned matter are currently scheduled for a Rule 16(b) Conference before Your Honor on December 2 at 3:00 pm ET. Unfortunately, counsel for the Defendants have a scheduling conflict and are unable to attend the currently scheduled Conference. Counsel for the Defendants have met and conferred with counsel for Plaintiff, who are amenable to moving the Conference. All parties are available on December 6, 7, 15, 16, and 20. We accordingly request that the Court reschedule the parties' Conference for one of those days, at whichever date and time is most convenient for the Court. The parties also request that the Court reschedule the deadline to submit the proposed scheduling order to 7 days prior to the rescheduled Conference.

So Ordered

Thank you for your attention to this matter, and we apologize for the inconvenience.

Sincerely,

*/s/ Robert W. Allen, P.C.*
Robert W. Allen, P.C.

Conference is adjourned to 12/16/22 at 12 noon

Louis L. Stanton
11/10/22

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.