UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAJED KHALIL, <br><br> Plaintiff, <br><br> v. <br><br> FOX CORPORATION, *et al.* <br><br> Defendants. | HON. LOUIS L. STANTON <br><br> Case No. 1:21-cv-10248-LLS <br><br> **ORAL ARGUMENT REQUESTED** <br><br> **NOTICE OF MOTION TO DISMISS COUNTERCLAIM OF DEFENDANTS FOX CORPORATION, FOX NEWS NETWORK LLC, AND LOU DOBBS** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion to Dismiss Counterclaim of Defendants Fox Corporation, Fox News Network LLC, and Lou Dobbs, dated December 9, 2022, Plaintiff Majed Khalil, by and through the undersigned counsel, will move this Court, before the Honorable Louis L. Stanton, United States District Judge, in Courtroom 21C at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order dismissing the Defendants' Counterclaim with prejudice and without leave to replead.

Dated: New York, New York
December 9, 2022

**BROWN RUDNICK LLP**

*/s/ Sigmund S. Wissner-Gross*
Sigmund S. Wissner-Gross, Esq.
Chelsea Mullarney, Esq.
Jessica N. Meyers, Esq.
7 Times Square
New York, New York 10036
Tel: (212) 209-4800
swissner-gross@brownrudnick.com
cmullarney@brownrudnick.com
jmeyers@brownrudnick.com

Benjamin G. Chew, Esq. (*pro hac vice*)
601 Thirteenth Street NW
Washington, D.C. 20005
Tel. (202) 536-1785
bchew@brownrudnick.com

Camille Vasquez (*pro hac vice pending*)
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Tel. (949) 752-7100
cvasquez@brownrudnick.com

*Attorneys for Plaintiff*