# brownrudnick

SIGMUND S. WISSNER-GROSS
direct dial: 212.209.4930
swissnergross@brownrudnick.com

December 9, 2022

**VIA ECF**

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**RE:   <u>Majed Khalil v. Fox Corporation, et al., Case No. 1:21-cv-10248-LLS (S.D.N.Y.)</u>**

Dear Judge Stanton:

We represent Plaintiff Majed Khalil in the above-referenced matter. Pursuant to Section 2.E of Your Honor's Individual Practices, we request oral argument on Plaintiff's Motion to Dismiss the Counterclaim of Defendants Fox Corporation, Fox News Network LLC, and Lou Dobbs, which was filed today at ECF Docket Nos. 75 and 76.

Respectfully submitted,

**BROWN RUDNICK LLP**

<u>/s/ Sigmund S. Wissner-Gross</u>
Sigmund S. Wissner-Gross


cc: All Counsel of Record (via ECF)