UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAJED KHALIL,<br><br>              Plaintiff,<br><br>      v.<br><br>FOX CORPORATION, et al.<br><br>              Defendants. | Case No. 21-cv-10248-LLS |

## STIPULATION

WHEREAS, Defendants Fox Corporation, Fox News Network LLC and Lou Dobbs (the "Defendants") filed a counterclaim [ECF Nos. 65-67] (the "Counterclaim") against the Plaintiff Majed Khalil on ("Plaintiff" and, with Defendants, the "Parties") on October 31, 2022;

WHEREAS, Plaintiff filed his motion to dismiss the Counterclaim [ECF Nos. 75-76] (the "Motion to Dismiss") on December 9, 2022;

WHEREAS, the stipulation and scheduling order entered by the Court on December 16, 2022 [ECF No. 84], provided that Defendants' opposition to the Motion to Dismiss (the "Opposition") would be filed on January 13, 2023 and Plaintiff's reply in support of the Motion to Dismiss (the "Reply") would be filed on January 27, 2023;

WHEREAS, Defendants filed their Opposition on January 13, 2023;

WHEREAS, on January 20, 2023, Plaintiff's counsel requested an extension of the deadline to file his Reply to February 3, 2023 and Defendants' counsel agreed.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Parties that the deadline for Plaintiff to file his Reply is extended from January 27, 2023 to February 3, 2023.

| | |
|---|---|
| Dated: January 24, 2023 | Dated: January 24, 2023 |
| By: /s/ Robert W. Allen<br>ROBERT W. ALLEN, P.C.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>(212) 446-4800<br>bob.allen@kirkland.com<br><br>K. WINN ALLEN, P.C.<br>DEVIN S. ANDERSON<br>ERIN E. CADY<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>(202) 389-5000<br>winn.allen@kirkland.com<br>devin.anderson@kirkland.com<br>erin.cady@kirkland.com<br><br>MARK R. FILIP, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 826-2000<br>mark.filip@kirkland.com<br><br>PAUL D. CLEMENT<br>ERIN E. MURPHY<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>paul.clement@clementmurphy.com<br>erin.murphy@clementmurphy.com<br><br>*Counsel for Defendants Fox Corporation, Fox News Network LLC, and Lou Dobbs* | By: /s/ Sigmund S. Wissner-Gross<br>SIGMUND S. WISSNER-GROSS<br>CHELSEA MULLARNEY<br>JESSICA N. MEYERS<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>swissnergross@brownrudnick.com<br>cmullarney@brownrudnick.com<br>jmeyers@brownrudnick.com<br><br>BENJAMIN G. CHEW (*pro hac vice*)<br>BROWN RUDNICK LLP<br>601 Thirteenth Street NW Suite 600<br>Washington, D.C. 20005<br>(202) 536-1785<br>bchew@brownrudnick.com<br><br>CAMILLE VASQUEZ (*pro hac vice*)<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, California 92612<br>(949) 752-7100<br>cvasquez@brownrudnick.com<br><br>*Counsel for Plaintiff Majed Khalil* |

**SO ORDERED**:

_____
         U.S.D.J.
Dated: _____