# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Winn Allen, P.C.
To Call Writer Directly:
+1 202 389 5078
winn.allen@kirkland.com

Facsimile:
+1 202 389 5200

April 8, 2023

**By eFile**

Honorable Louis L. Stanton
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *Khalil v. Fox Corporation*, Case No. 1:21-cv-10248-LLS

Dear Judge Stanton:

The parties are pleased to jointly inform the Court that they have reached a confidential agreement to resolve this matter. The parties anticipate filing a joint stipulation of dismissal with prejudice early next week.

Respectfully submitted,

*/s/ Sigmund S. Wissner-Gross*
Sigmund S. Wissner-Gross
Counsel for Plaintiff

*/s/ K. Winn Allen*
K. Winn Allen
Counsel for Defendants

cc:    All counsel of record via ECF