UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAJED KHALIL,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FOX CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | HON. LOUIS L. STANTON<br><br>CASE NO. 1:21-CV-10248-LLS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-styled action, through counsel, stipulate to the following:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Majed Khalil and Defendants Fox Corporation, Fox News Network, LLC, and Lou Dobbs (the "Fox Defendants") stipulate and agree to the dismissal of all of Khalil's claims against the Fox Defendants, and all of the Fox Defendants' claims against Khalil, on the merits and with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: April 18, 2023

*/s/ K. Winn Allen*

K. WINN ALLEN, P.C.
DEVIN S. ANDERSON
ERIN E. CADY
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5000
winn.allen@kirkland.com
devin.anderson@kirkland.com
erin.cady@kirkland.com

ROBERT W. ALLEN, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4800
bob.allen@kirkland.com

MARK R. FILIP, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 826-2000
mark.filip@kirkland.com

PAUL D. CLEMENT
ERIN E. MURPHY
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com

*Counsel for Defendants Fox Corporation, Fox News Network LLC, and Lou Dobbs*

*/s/ Sigmund S. Wissner-Gross*

SIGMUND S. WISSNER-GROSS
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4930
swissnergross@brownrudnick.com

BENJAMIN G. CHEW
BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005
(202) 536-1785
bchew@brownrudnick.com

*Counsel for Plaintiff Majed Khalil*